**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 8 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY



hermelmed; undeliverable
2:02cr938 VAP



NIXIE        606  5E 1        9003/04/21
     RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
     UNABLE TO FORWARD
BC: 90012333299    0159N064003-00419

NEOPOST   02/24/2021
US POSTAGE  $001.20⁰
ZIP 90012
041M1461109
FIRST-CLASS MAIL



Case: 2:02cr938  Doc: 7429

Christopher Overton Gibson REG81372-011
FLORENCE ADMAX
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 8500
FLORENCE, CO 81226